UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:22-cv-00040

———

**Johnifer Ray Mumphrey,**
*Plaintiff,*

v.

**Brendan W. Guy,**
*Defendant.*

———

# FINAL JUDGMENT

The court, having considered plaintiff's civil rights proceeding, hereby enters judgment that all claims in this matter are dismissed with prejudice for the failure to state a claim upon which relief may be granted. The clerk of court is directed to close this case.

*So ordered by the court on August 25, 2022.*

J. CAMPBELL BARKER
United States District Judge